DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SAMMIE LEE KOHN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1990

[October 24, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 56-2008CF004784-B.

Sammie Lee Kohn, Crawfordville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and FORST, JJ., concur.

\*           \*           \*

*Not final until disposition of timely filed motion for rehearing.*